## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

CINDY J. DUNN,   Civil No. 01-2245 (RHK/JGL)

      Plaintiff,   **O R D E R**

v.

JO ANNE BARNHART, Commissioner of the
Social Security Administration,

      Defendant.

---

Based upon the June 15, 2005, Report and Recommendation of Chief United States Magistrate Judge Jonathan Lebedoff, all the files, records and proceedings herein, and no objections having been filed to that Report and Recommendation, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 25) is **ADOPTED**;

2. Plaintiff Cindy Dunn's Motion for Summary Judgment (Doc. No. 15) is **DENIED**; and

3. Defendant Commissioner's Motion for Summary Judgment (Doc. No. 22) is **GRANTED**.

Dated: July 12, 2005

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge